# Court of Appeals
# of the State of Georgia

ATLANTA,  March 20, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1130. DAVID MARTIN v. THE STATE.

A jury found David Martin guilty of aggravated child molestation and sexual battery in 2014, and we affirmed his convictions in an unpublished opinion. See Case No. A17A0606 (Mar. 29, 2017). Since that time, Martin has filed several other appeals,[1] and in June 2022, he filed a "motion to correct illegal/void sentence." The trial court denied the motion on January 10, 2023, and Martin filed this appeal. We lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Pretermitting whether Martin is entitled to a direct appeal from the trial court's order denying his motion to correct a void sentence, his notice of appeal is untimely, as it was filed 34

---

[1] See Case Nos. A19A0025 (Apr. 15, 2019); A21A0216 (Dec. 2, 2020); and A21A1365 (May 18, 2021).

days after entry of the order he seeks to appeal. Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta,    03/20/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_                    , Clerk.